IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

| | |
|---|---|
| BEVERLY BURKE, individually and as Executrix of the Estate of David Reed Burke, Deceased,<br><br>**Plaintiff,**<br><br>v.<br><br>GP TRANSPORTATION CO., d/b/a GP TRANSCO; CINTAS CORPORATION; SCHNEIDER LOGISTICS, INC., a/k/a SCHNEIDER INTERNATIONAL; KOKOSING CONSTRUCTION COMPANY, INC.; MCGRAW/KOKOSING, INC.; KOKOSING MATERIALS, INC.; THE OLEN CORPORATION; CG ENTERPRISES, INC.; SWANK CONSTRUCTION COMPANY, LLC; and SWANK CONSTRUCTION COMPANY,<br><br>**Defendants.** | **CIVIL ACTION NO.: 5:20CV190 (BAILEY)** |

### ORDER SETTING DEADLINES AND ORAL ARGUMENT/EVIDENTIARY HEARING

Currently pending before the Court is a Motion for Protective Order [ECF No. 134], filed March 8, 2022. Said Motion has been referred to this Court for consideration and disposition. ECF No. 135. Accordingly, it is hereby **ORDERED** that:

Response Memoranda shall be filed on or before **March 22, 2022**;

Reply briefs, if any, shall be filed on or before **March 29, 2022**.

An Oral Argument/Evidentiary Hearing will be held in this matter on **March 31, 2022, at 10:00 a.m. in the Wheeling Magistrate Judge Courtroom, 4th Floor, before Magistrate Judge James P. Mazzone**.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk of the Court to mail a copy of this Order to any *pro se* party by certified mail, return receipt requested, and to counsel of record herein.

Dated: 3/9/2022                    /s/ James P. Mazzone
                                                  JAMES P. MAZZONE
                                                  UNITED STATES MAGISTRATE JUDGE