# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Indiana State Police**
**Commercial Vehicle Enforcement**
**7811 Milhouse Road, Suite S**
**Indianapolis, IN 46241**
**Phone: (317)615-7373   Fax: (317)237-2116**

Report Number: IN9513000130
Inspection Date: 09/23/2019
Start: 7:08 PM  ET    End: 07:28 PM  ET
Inspection Level: III - DriverOnly
HM Inspection Type: None

GP TRANSPORTATION CO
7955 SOUTH CASS AVENUE SUITE 1
DARIEN, IL  60561
USDOT#: 01527352      Phone#: (800)460-5071
MC/MX#: 00583633      Fax#:
State#:

Driver: SIAS, AUNDREA S
License#: 801712650                State: MS
Date of Birth: 05/14/1993
CoDriver:
License#:                          State:
Date of Birth:

Location: EB I70 MM 9.3            MilePost: 9.3            Shipper: WALGREENS
Highway: I-70                      Origin: BERKELEY, MO     Bill of Lading: 82657060
County: VIGO, IN                   Destination: PERRYSBURG, OH   Cargo: BEVERAGES

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | VOLV | 2017 | IL | P930791 | 7050 | 4V4NC9EHXHN972918 | 50,350 | | | |
| 2 | ST | UTIL | 2018 | IL | 616618ST | 1364 | 1UYVS2532J3267320 | 65,000 | | | |

**BRAKE ADJUSTMENTS:** No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 395.3A2-PROPN | 395.3(a)(2) | D | N | | N | N | Driving beyond 14 hour duty period (Property carrying vehicle) - Nominal Violation: Driver drove beyond 14 hours on-duty/driving without taking proper time off before driving again on 09-19-2019. |

**HazMat:** No HM Transported.                    **Placard:** No     **Cargo Tank:**
**Special Checks:**
**State Information:**
  PROJECT CODE:: 2233; DUTY STATUS:: OT; CDL Checked: YES; Pre-Screened Carrier: NO; Food Transport Inspection: NO; Board of Health Enf. Action: NO;

Signature Of Motor Carrier X:_____   Title:_____   Date:_____

Report Prepared By:      Badge #:    Copy Received By:       Page 1 of 2
MCI C. MCCLAIN             9513      AUNDREA SIAS

X:_____            X:_____

01527352

**PLAINTIFF'S EXHIBIT 2**

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Indiana State Police**
**Commercial Vehicle Enforcement**
7811 Milhouse Road, Suite S
Indianapolis, IN  46241
Phone: (317)615-7373   Fax: (317)237-2116

Report Number: IN9513000130
Inspection Date: 09/23/2019
Start: 7:08 PM  ET    End: 07:28 PM  ET
Inspection Level: III - DriverOnly
HM Inspection Type: None

**GP TRANSPORTATION CO**
7955 SOUTH CASS AVENUE SUITE 1
DARIEN, IL  60561
USDOT#: 01527352      Phone#: (800)460-5071
MC/MX#: 00583633      Fax#:
State#:

Driver: SIAS, AUNDREA S
License#: 801712650                 State: MS
Date of Birth: 05/14/1993
CoDriver:
License#:                           State:
Date of Birth:

## Inspection Notes

Carrier Identified by DOT #, Drivers ELD RODS, Door Decals and Driver Interview.

Vehicle stopped for improper lane use in a construction zone. All trucks are prompted to use the left lane and the vehicle stopped used the right lane without ever attempting to change lanes into the left lane. Driver stated he was not paying attention to the signs posted.

Driver shown and acknowledged the violation.

**Special Studies**  No Special Study Data Recorded

---

Report Prepared By:        Badge #:    Copy Received By:           Page 2 of 2
MCI C. MCCLAIN             9513        AUNDREA SIAS

X_____          X_____       01527352   IN   IN9513000130

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Michigan State Police**
**Commercial Vehicle Enforcement Division**
P.O. Box 30634
Lansing, MI 48909
Ph: (517)284-3250 msp-cveddata@michigan.gov

Report Number: MIMORGZ01461
Inspection Date: 12/04/2018
Start: 12:45 PM ET    End: 01:01 PM ET
Inspection Level: III - DriverOnly
HM Inspection Type: None

018 INC
2300 EAST HIGGINS ROAD STE 226
ELK GROVE VILLAGE, IL 60007
USDOT#: 02971623          Phone#: (773)831-5725
MC/MX#: 00010412          Fax#: (773)614-5950
State#:

Driver: SIAS, AUNDREA S
License#: 801712650                 State: MS
Date of Birth: 05/14/1993
CoDriver:
License#:                           State:
Date of Birth:

Location: WB94 AT MM186            MilePost: 186           Shipper: CARRIER
Highway: 94                         Origin: ALLEN PARK, MI   Bill of Lading: 1
County: WASHTENAW, MI               Destination: PAW PAW, MI Cargo: GENERAL FREIGHT

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | VOLV | 2007 | IL | P941506 | 8097 | 4V4NC9TK57N458097 | 52,000 | | | |
| 2 | ST | VANR | 2019 | IL | 672132ST | A | 5V8VA5325KM904996 | 68,000 | | | |

**BRAKE ADJUSTMENTS** No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 392.2LV | 392.2 | D | N | X3433153 | N | N | Lane Restriction violation: 257.634(3) PROHIBITED LEFT LANE USE OF A 3 LANE HWY - PASSING (ON VIDEO) |

**HazMat:** No HM Transported.                                Placard: No    Cargo Tank:
**Special Checks:** Traffic Enforcement;

CARRIER ATTENTION: All vehicle defects noted on this Driver/Vehicle Compliance Report must be corrected before the vehicle is re-dispatched. This report shall be signed and returned within 15 days by a company official certifying all vehicle defects, if noted, have been corrected. Return the report signed to the inspecting agency.

CARRIER CERTIFICATION: The undersigned certifies action has been taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Material Regulations as applicable.

CITATIONS: If a citation has been issued, it is the defendant's responsibility to contact the court listed on the citation to resolve the matter. Do not contact the Michigan State Police, Commercial Vehicle Enforcement Division for citation resolution.
Signature of Motor Carrier X:_____ Title:_____ Date:_____

Signature Of Motor Carrier X:_____ Title:_____ Date:_____

Report Prepared By:        Badge #:    Copy Received By:        Page 1 of 1
Zachary Morgan              182         AUNDREA SIAS

X_____               X_____



02971623   MI   MIMORGZ01461

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Nebraska State Patrol**
3920 W. Kearney

Lincoln, NE 68524
Phone: (402)471-0105  Fax: (402)471-3295

Report Number: NEBT00004461
Inspection Date: 07/30/2019
Start: 6:07 PM CT    End: 06:22 PM CT
Inspection Level: III - DriverOnly
HM Inspection Type: None

GP TRANSPORTATION CO
7955 SOUTH CASS AVENUE SUITE 1
DARIEN, IL 60561
USDOT#: 01527352
MC/MX#: 00583633
State#:

Phone#: (800)460-5071
Fax#:

Driver: SIAS, AUNDREA S
License#: 801712650               State: MS
Date of Birth: 05/14/1993
CoDriver:
License#:                          State:
Date of Birth:

Location: HEBRON 81 SCALE
Highway: F81
County: THAYER, NE

MilePost: 6
Origin: OKLAHOMA CITY, OK
Destination: OMAHA, NE

Shipper: MALARKEY ROOFING PRODUCTS
Bill of Lading: SO233763
Cargo: WOOD

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | VOLV | 2017 | IL | P930791 | 7050 | 4V4NC9EHXHN972918 | 57,000 | | | |
| 2 | ST | UTIL | 2019 | IL | 657266ST | 1484 | 1UYVS253XK3638015 | 67,000 | | | |

**BRAKE ADJUSTMENTS:** No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 392.2MI | 392.2 | D | N | ed5304804 | N | N | Miscellaneous Traffic Law Violation: bypass open scale |

**HazMat:** No HM Transported.
**Special Checks:**
Placard: No    Cargo Tank:

**State Information:**
CDL CLASS: A; OWNER OF VEHICLE: GP TRANSPORTATION CO; DISTRICT: 1; MAPS: NO;

DRIVER: This report MUST be furnished to the motor carrier whose name appears at the top of this report.
Signature Of Repairer X:_____  Facility:_____  Date:_____

MOTOR CARRIER CERTIFICATION: The undersigned certifies that all violations on this report have been corrected and action has been taken to assure compliance with the Federal and State Motor Carrier Safety and Hazardous Material Regulations insofar as they are applicable to motor carriers and drivers. This certification must be signed by the MOTOR CARRIER and returned to the NEBRASKA STATE PATROL within 15 days. (RETURN ONLY IF VIOLATIONS WERE NOTED ON THIS REPORT)
Signature Of Motor Carrier X:_____  Title:_____  Date:_____

Report Prepared By:
S. RILEY
X_____

Badge #:
F370

Copy Received By:
AUNDREA SIAS
X_____

Page 1 of 1



01527352   NE   NEBT00004461