

**THIS IS A CONTROLLED DOCUMENT.**
If printed it is uncontrolled and obsolete.



www.cintas.com

# Table of Contents

| Topic | Page |
|---|---|
| SCHNEIDER LOGISTICS CUSTOMER SERVICE CONTACTS | 2 |
| SCHNEIDER LOGISTICS SERVICE PROVIDER EXPECTATIONS | 3 |
| WHAT SERVICE PROVIDERS CAN EXPECT FROM SCHNEIDER LOGISTICS | 3 |
| ACCESSORIAL SERVICES | 4 |
| DETENTION | 4 |
| DAMAGED/REFUSED FREIGHT | 4 |
| ONTIME SERVICE | 4 |
| SERVICE PROVIDER PERFORMANCE MANAGEMENT PROGRAM | 5 |
| COMMUNICATION METHODS | 5 |
| REASON CODES | 6 |
| INSURANCE | 7 |
| BILLING DETAILS | 8 |
| CINTAS SITE REQUIREMENTS | 8 |



PLAINTIFF'S EXHIBIT 6

SCHNEIDER CONFIDENTIAL 000142



**THIS IS A CONTROLLED DOCUMENT.**
If printed it is uncontrolled and obsolete.

**CUSTOMER SERVICE CONTACTS**
slicintas@schneider.com
1-888-247-4079

| | | |
|---|---|---|
| **Customer Service Manager** | Becky Coleman | 920-592-6768 (CST) |
| **Customer Service Senior Manager** | Jennifer Anderson | 920-592-6738 (CST) |
| **Account Manager** | TBD | |
| **VP of Operations** | Ed Wood | 920-592-5161 (CST) |
| **Purchasing** | Bridgette Gerl | 920-592-5081 (CST) |
| | Gina Babiash | 920-592-5114 (CST) |
| **First Shift Coverage Hours** | Monday-Friday | 7:00 - 1630 (CST) |
| **Support Shift Coverage Hours** | Monday-Friday | 16:30 – 07:00 |
| | Weekends/Holidays | 24 hours |

**Service Provider Payment Address:**
Cintas Corp
C/O A3 Freight Payment
3150 Lenox Park Blvd Ste 400
Memphis, TN 38115

**SLI Mailing Address**

For Correspondence:
Schneider Logistics, Inc.
P O Box 2666
Green Bay, WI 54306-2666

For Express Mail:
Schneider Logistics, Inc.
3101 South Packerland Drive
Green Bay, WI 54304

**2**



| | THIS IS A CONTROLLED DOCUMENT. |
|---|---|
| | If printed it is uncontrolled and obsolete. |

**SCHNEIDER LOGISTICS (SLI) OVERVIEW:**
- SLI's role includes transportation management, shipment track and trace, and standardized Service Provider performance reporting.
- SLI personnel should be considered to be an extension of Cintas operations team, and all instructions given by SLI should be given the same weight as if they had come directly from a Cintas employee.
- SLI is the Service Providers' primary point of contact on all service related matters for loads that are dispatched by SLI. (see SLI's Customer Service Contacts).
- Load related issues will be handled by SLI's Logistics Technicians in Green Bay, WI (see SLI Customer Service Contacts).
- Regularly scheduled performance reviews with Service Providers will be conducted.

**CINTAS/SLI SERVICE PROVIDER EXPECTATIONS:**
1. Performance goal is 100% for on time pickup and delivery; a service improvement action plan will be requested if a Service Provider falls below 96%.
2. All shipments will deliver legally, safely and claim free.
3. Drivers will be trained to meet DOT standards to include, where appropriate, being Hazardous Material Certified.
4. Drivers are to arrive at pickup locations with proper government-issued identification, including CDL with HAZMAT endorsement if applicable.
5. Clean equipment suitable for transport will be provided by the Service Provider. Trailers are to be empty, clean, odor-free, and free from standing water and in good repair.
6. Any special instructions / requirements including but not limited to blocking and bracing, decking, lift gate, or any other requirements communicated by either Schneider Logistics or Cintas personnel must be strictly adhered to at all times.
7. Provide the SLI number to make pick up. Carriers can also use their carrier name and Cintas location that they are picking up as well.
8. Provide the SLI# (2 alpha, 8 numeric) on the invoice and BOL.
9. Provide capacity as committed.
10. Provide timely communication of all exceptions or delays to SLI immediately.
11. Provide 24 hour contact coverage.
12. Provide accurate documentation of required shipment information submitted upon pickup and proof of delivery when requested by SLI.
13. Provide a signed Bill of Lading (BOL) or proof of delivery (POD) to SLI if there is any discrepancy regarding a delivery or any type of claim on a load.
14. Electronically transmit pickup and delivery date, time and pro number (EDI 214) prior to departing each location.
15. Service Providers using electronic means of communicating with SLI will use ANSI standard exception codes
16. <u>Notify SLI at the time of occurrence for all accessorial charges and driver detention issues</u>. The service provider is required to get approval from SLI Log Tech before billing, or the charge will be denied (see Accessorial Services and Detention on pg. 4 & 5 for more details)
17. Contact SLI immediately if there are any issues with overages, shortages, or damages while the driver is still at the dock.
18. Manage any trailer pools or drop loads needed by shippers and consignees.
19. LTL service providers will not interline Cintas shipments with other service providers.

**WHAT SERVICE PROVIDERS CAN EXPECT FROM SLI:**
1. Timely notification of loads from SLI.
2. SLI will notify Service Providers of any changes to shipment information as soon as possible.
3. Complete confidentiality (rates, service, lanes, etc.).
4. Timely and accurate communication and ease of doing business.
5. Open and honest discussion of problems and a commitment to help solve issues.
6. Regularly scheduled performance reviews.

3

SCHNEIDER CONFIDENTIAL 000144



**THIS IS A CONTROLLED DOCUMENT.**
If printed it is uncontrolled and obsolete.

7. Future opportunities for growth. Service Providers who are successful with the Customer account will have the opportunity to bid on lanes for other accounts in the SLI network.

**ACCESSORIAL SERVICES:**
A Service Provider will notify SLI immediately if any accessorial charges are incurred. <u>SLI will authorize and pay accessorial services only if they are communicated to and approved by SLI as they occur.</u>

**DETENTION:**
A Service Provider must notify SLI immediately if detention charges are to be incurred both prior to detention occurring and when the driver has departed. SLI will communicate with Customer to try and eliminate the need for any detention charges. <u>SLI will authorize and pay detention charges only if they are communicated to and approved by SLI as they occur.</u>

**DAMAGED/REFUSED SHIPMENTS:**
If a shipment is damaged, the consignee must accept the shipment upon delivery. The claims process for Cintas dictates shipments must be delivered and not refused.

**ONTIME SERVICE:**
Shipments are expected to arrive on time per the shipping schedule. If a carrier wants to delivery early, they should reach out to SLI CS to ensure they can delivery early. Early deliveries should be approved as long as it is within the delivery hours of the location. If delivery isn't within the hours SLI would need to confirm with the location that they are willing to take it without issue.

### SERVICE PROVIDER PERFORMANCE MANAGEMENT PROGRAM

Cintas and SLI will work one on one with the Service Provider to ensure the minimum acceptable performance is being met. Performance is measured on a stop by stop basis in the SLI TMS. The following corrective action steps will be initiated in all instances where a Service Provider's performance remains below the minimum acceptable level:

- SLI/Cintas identifies a problem based on parameters stated above and notifies the Service Provider in writing.
- The Service Provider must provide and implement a written corrective action plan to SLI identifying the root cause(s) and process to be used to eliminate the defect.
- SLI will evaluate the Service Providers' performance with respect to Cintas' requirements.
- Service Providers will be expected to work with Cintas and SLI as required to identify process breakdowns, suggest corrective action / improvement plans, and monitor progress as necessary.

### COMMUNICATION METHODS

**Expectation**—All Service Providers are required to communicate with SLI through electronic connectivity—EDI or Service Provider portal. Service Providers must communicate with SLI electronically within 30 days of contracting.

**Electronic Data Interchange (EDI)**
- Benefits
    - Integrated with Service Provider's database
    - Provides accurate and prompt shipment information
    - Allows for proactive problem solving
    - Reduces telephone time and costs
    - Eliminates manual load completion
    - Reduces "lost" transactions

SCHNEIDER CONFIDENTIAL 000145



**THIS IS A CONTROLLED DOCUMENT.**
If printed it is uncontrolled and obsolete.

- EDI Transaction sets
    - 204—Shipment information/load tender (SLI to Service Provider, sent as loads are tendered)
    - 214—Shipment status/check call (Service Provider to SLI, sent daily per load)
    - 990—Response to load tender (Service Provider to SLI, sent to accept or turndown 204 tender)
    - The SLI system can accept check calls and ETA updates.
    - X6 Check Calls- The SLI system can accept check calls
    - AG Estimated Arrival- The SLI system can accept ETA updates.

- Approximate initial cost (setup, hardware, software) can range from a few hundred to a few thousand dollars depending on the Service Provider's desired sophistication.

- Estimated initial set up time (installing, testing) is one to three months depending again on the Service Provider's desired sophistication.

**Service Provider Portal**
- Benefits
    - Provides accurate and prompt shipment information
    - Reduces telephone time and costs
    - Eliminates manual load completion
    - Reduces "lost" transactions

- Equipment and resolution requirements:
    - Our applications have been tested for optimal presentation on Internet Explorer 7.0 on Windows XP, and on Firefox 5.0+ and Google Chrome 12.0+.
    - Javascript must be enabled
    - Cookies must be enabled
    - XMLHTTP support must be enabled.
    - ActiveX support must be enabled.
    - IE 7 to run with patch http://support.microsoft.com/kb/282402
    - Adobe Flash
    - Our applications have been optimized for 1024x768

- Work with SLI Customer Service to set up
- Any technical issues, please work with the Customer Care Team:
    1-800-558-6767 ext. 592-2935
    CustomerCare@schneider.com

**Electronic Status Updates**
**\*\*Timely and accurate information is an integral part of service.
Updates are required to be communicated to SLI within 4 hours of the event. \*\***

Load Tender: EDI 204 or Service Provider Portal
- Loads will be tendered via EDI or Service Provider Portal.
- Tender will contain all instructions related to Cintas shipments, including rate.

Confirmation: EDI 990 or Service Provider Portal
- SLI requires confirmation that you received the message containing the shipment information and that you meet all pickup and delivery expectations.
- Confirmation may be either EDI or Service Provider Portal within 90 minutes of shipment tender.
- SLI requires Service Providers to confirm 100% of shipments.  100% confirmation is required as one of the performance measures.

Pick-up and Delivery: EDI 214 or Service Provider Portal

SCHNEIDER CONFIDENTIAL 000146



**THIS IS A CONTROLLED DOCUMENT.**
If printed it is uncontrolled and obsolete.

- After pickup is made, Service Provider is responsible for sending EDI 214 or updating the portal within 4 hours of pick up.
- After delivery at each stop is made, Service Provider is responsible for sending EDI 214 or updating the portal within 4 hours of each delivery.

X6 Check Calls
- Please send this EDI transaction as it provides visibility to SLI and Cintas in reporting

AG Estimated Arrival
- Please send this EDI transaction as it provides visibility to SLI and Cintas
- Use this for both pickup and delivery, just be sure to select the correct stop

V4010 X12 Reason Codes
AT702 1651 **Shipment Status or Appointment**
**Reason Code-** X ID 2/2 Used

**Description:** Code indicating the reason a shipment status or appointment reason was transmitted

**CodeList Summary**
A2 Incorrect Address
AD Customer Requested Future Delivery
AF Accident
AG Consignee Related
AH Driver Related
AI Mechanical Breakdown
AJ Other Carrier Related
AL Previous Stop
AM Shipper Related
AN Holiday - Closed
AO Weather or Natural Disaster Related
AQ Recipient Unavailable - Delivery Delayed
AS Hold Due to Customs Documentation Problems
AX Insufficient Pick-up Time
B1 Consignee Closed
B8 Improper Unloading Facility or Equipment
BB Held per Shipper
BC Missing Documents
BD Border Clearance
BE Road Conditions
BG Other
BH Insufficient Time to Complete Delivery
BI Cartage Agent
BJ Customer Wanted Earlier Delivery
BK Prearranged Appointment
BM Flatcar Shortage
BO Railroad Failed to Meet Schedule
BP Load Shifted
BR Train Derailment
BS Refused by Customer
BT Returned to Shipper
C5 Customer Strike
D1 Carrier Dispatch Error
D2 Driver Not Available
NS Normal Status

**6**

Case 5:20-cv-00190-JPB-JPM   Document 137-6   Filed 03/22/22   Page 7 of 10   PageID #: 1080



**THIS IS A CONTROLLED DOCUMENT.**
If printed it is uncontrolled and obsolete.

P1 Processing Delay
P2 Waiting Inspection
P3 Production Falldown
T3 Trailer not Available
T7 Insufficient Delivery Time

## INSURANCE

Please mail or fax (#920-403-8718) or scan qualpdf@schneider.com a copy of your Insurance Certificate to Schneider Logistics. Your insurance certificate should include: Limits for each coverage listed according to your contract by mode, policy numbers, effective date and expiration date.

Please note the certificate of insurance **must have actual policy numbers**. Insurance certificates that have Binder, Declaration, TBA, TBD numbers are unacceptable. In order to remain a fully qualified and active Service Provider in our system, we must have updated insurance certificates on file.

If you have state funded Worker's Compensation or only use Independent Contractors, we will need written verification that your insurance is still effective.

| Insurance Type and Amount | |
|---|---|
| General Liability | $1,000,000 |
| Auto Liability | $1,000,000 |
| Cargo Liability | $100,000 |
| Employers Liability | $500,000 |
| Work comp Statutory | Checked |
| Cintas as Additional Insured - Auto | Cintas as AI |
| Cintas as Additional Insured - General | Cintas as AI |
| SLI Additional Insured - Auto | SLI AI |
| SLI Additional Insured - General | SLI AI |

## CINTAS SITE REQUIREMENTS

All Cintas approved Service Providers will be required to adhere to the following general and site specific requirements.

The general LTL/TL expectations for all sites are as follows:
- Must have Cintas PO# and SLI#.
- Cell phones are not to be used in process areas.
- Smoking allowed only in approved smoking booths.
- Check in at guardhouse if applicable. Must show ID and/or CDL with hazmat endorsement if applicable.
- Upon arrival at the unloading area, the truck driver must check in at the warehouse or storeroom office.
- At least one set of wheels must be chocked on both sides.
- Service Provider must follow all loading and unloading instructions while at a facility
- No trailers or containers are to be dropped after hours without prior permission from Cintas.
- Driver must receive authorization from the Warehouse/Storeroom Operator that it is safe to pull the truck out of the unloading area.
- When authorized, proceed to exit as directed by Cintas operator or supervisor.

7

SCHNEIDER CONFIDENTIAL 000148



**THIS IS A CONTROLLED DOCUMENT.**
If printed it is uncontrolled and obsolete.

### BILLING DETAILS

- A3 is the payment company used by Cintas.
- All freight invoices should be sent to A3 for processing. To be set up by EDI is optimal and preferred.
- Your contact at A3 Freight Payment for any processing questions or payment inquiries is:
  Sharon Samson
  Account Manager
  ssamson@a3freightpayment.com
  Tel  901.759.2917

- Your contact for EDI setup is:
  Brian Geibel
  bgeibel@a3freightpayment.com
  Tel  901.759.2968

**Accessorial Services:**
A Service Provider will notify SLI immediately if any accessorial charges are incurred. <u>SLI will authorize and pay accessorial services only if they are communicated to and approved by SLI as they occur.</u>
- This is a large reason for delay in payment. Crisp communication is essential to timely payment regarding accessorial charges.
- All accessorial charges need approval to be paid. This includes detention, reconsignment, layover etc.

### SITE INFORMATION

Groveport (Columbus) Distribution Center
Cintas
3219 Rohr Road, Ste B
Groveport, OH 43125



8

SCHNEIDER CONFIDENTIAL 000149



**THIS IS A CONTROLLED DOCUMENT.**
If printed it is uncontrolled and obsolete.





## Site Details
- 216,000 sq ft is rented by Cintas. Site has work stations, a lounge, and bathrooms for drivers
- 17 doors, parking space for up to 30 trailers
- Receiving hours- 6am – 12pm Monday thru Friday
- Shipping hours 9:00 to 18:00 Monday thru Friday - last truck can arrive by 17:30 for pickup

9

SCHNEIDER CONFIDENTIAL 000150



**THIS IS A CONTROLLED DOCUMENT.**
If printed it is uncontrolled and obsolete.

- o If driver is running behind, contact SLI. Exceptions will be worked on a case by case basis. Depending on ETA, site may stay for driver
- o Gate locks at 18:00, no after-hours access

Pallet Information
- Pallets will be 5-6 ft high
- Paper on pallets is about 10 feet tall
- Most pallets are not double stackable

Notes
- Groveport DC services 170 Cintas locations
- Ship days by region
- Driver must provide a reference number for the load to be released. This is the SLI number beginning with SC
- On-time pickup and on-time delivery expectation is 100% on time
- Load saves for both truckload and LTL shipments are expected
- Timely off the dock, pickup window adherence is expected

Products
- Miscellaneous bathroom supplies- hand towels, soap, tissue paper, etc
- Some flammable due to alcohol- ie soaps
- Usually no hazmat due to the size of orders

Holidays and shipping schedule
- During holiday week, Cintas will pull half of shipments forward and push half of shipments back during the week

Volume Fluctuations
- First week of the calendar month- heaviest ship week, followed by week 2, week 3, week 4
- May 31st end of fiscal year- May will be a very busy month so Cintas can make the year

REVISIONS:

| Revision Number | Date of Change | Description of Revision | Author Name | Approver Name |
|---|---|---|---|---|
|  |  |  |  |  |
| 2 | 6/29/18 | Safety video not required and carriers can deliver early | Bridgette Gerl | Becky Coleman |
| 1 | 6/1/18 | Added Groveport DC site information | Becky Coleman | Bridgette Gerl |
| New | 3/19/18 | New Document | Becky Coleman | Ed Wood |

SCHNEIDER CONFIDENTIAL 000151