Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

07/26/2018

| This section is to be completed by ISO Business Analyst | | Standard Clause No: | 7.4.3 | SCAR #: | SCQ-0322 |
|---|---|---|---|---|---|
| Source: ☐ Customer Complaint ☐ Facility Complaint ☑ Trending and Analysis ☐ Incident Driven | Type: | ☐ Opportunity ☐ Minor ☑ Major | Transformation Business Partner: | Dave Elsen | |

DIRECTIONS FOR FILLING OUT THIS FORM

**Section 1: General Information - This section to be completed by the Originator and Owner of the SCAR**

| | | | |
|---|---|---|---|
| **Date issued:** | 07/26/2018 | **Service Provider:** | Gp Transco 1527352 GPAB |
| **SCAR Originator:** | Terry Thyssen | **Service Provider Contact Name:** | Julius Gaigalas |
| **SCAR Owner:** | Gina Babiash | **Service Provider Contact Email:** | julius@gptransco.com |
| **SCAR owner email:** | BabiashG@Schneider.com | **Affected Customer:** | **Cintas** |
| **SCAR Owner's Leader:** | Shawn Zehms | | |

**Section 2 – This section to be completed by the Originator and Owner of the SCAR**

**DESCRIBE THE PROBLEM AND DETAIL ACTIONS PREVIOUSLY TAKEN TO RESOLVE THE PROBLEM**

Include evidence such as service results, scorecard results, customer feedback, etc.

Service provider has exceeded threshold in Unsafe Driving & HOS Compliance

**Originator:** Identify SCAR owner, fill in section 1-2 and provide evidence for the problem reported as much as possible, and email the form to SCAR owner and copy QualPDF@Schneider.com to log;
**SCAR Owner:** Complete section 1-2 and follow up with service provider for section 3 and 4.

**Section 3 – This section to be completed by the Service Provider Contact**

**DETERMINE THE ROOT CAUSE OF THE PROBLEM**

"Our fleet is comprised of 60% Owner operators and those trucks took a bit longer to adjust to ELD mandate, causing an increase in unsafe driving violations."

**Section 4 – This section to be completed by the Service Provider Contact**

**DESCRIBE ACTIONS THAT WILL BE TAKEN TO CORRECT THE PROBLEM AND PREVENT REOCCURRENCE**

Include the action, resources (associates, cross functional teams, technology, processes, documentation, etc.) and timelines for completion

"As mentioned in the letter our new internal policy on unsafe driving violations should help lower the number below the threshold and improve it in the long run."

PLAINTIFF'S EXHIBIT 7

SCHNEIDER 000032

Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

GP Transco Safety Letter.pdf

**8/7- Gina Babiash- spoke with carrier 7/30 via phone. Safety manager sent the attached letter with action plan to improve.**

BASIC: Unsafe Driving

More Info

## On-Road Performance

Measure: 2.92 ?

Safety Event Group: 58-149 driver inspections with Unsafe Driving Violations

## Investigation Results

No Acute/Critical Violations Discovered

CARRIER MEASURE OVER TIME

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

MEASURE
4
3
2
1
0
-1
3.16
3.22
3.26
3.19
3.19
2.92
FEB 23
2018
MAR 30
APR 27
MAY 25
JUN 29
JUL 27

9/13 Gina Babiash

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

BASIC: Unsafe Driving

More Info

**On-Road Performance**

Measure: 3.04 ?

Safety Event Group: 58-149 driver inspections with Unsafe Driving Violations

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| MEASURE | MAR 30 2018 | APR 27 | MAY 25 | JUN 29 | JUL 27 | AUG 31 |
|---|---|---|---|---|---|---|
| | 3.22 | 3.26 | 3.19 | 3.19 | 2.92 | 3.04 |

10/11 Gina Babiash

BASIC: Unsafe Driving

More Info

**On-Road Performance**

Measure: 2.96 ?

Safety Event Group: 58-149 driver inspections with Unsafe Driving Violations

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| MEASURE | APR 27 2018 | MAY 25 | JUN 29 | JUL 27 | AUG 31 | SEP 28 |
|---|---|---|---|---|---|---|
| | 3.26 | 3.19 | 3.19 | 2.92 | 3.04 | 2.96 |

SCHNEIDER 000034



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

11/9/18 Gina Babiash

**BASIC: Unsafe Driving**

More Info

**On-Road Performance**

Measure: 3.14 ?

Safety Event Group: 58-149 driver inspections with Unsafe Driving Violations

**Investigation Results**

No Acute/Critical Violations Discovered

## CARRIER MEASURE OVER TIME

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

MEASURE

| MAY 25 2018 | JUN 29 | JUL 27 | AUG 31 | SEP 28 | OCT 26 |
|---|---|---|---|---|---|
| 3.19 | 3.19 | 2.92 | 3.04 | 2.96 | 3.14 |

12/19 Gina Babiash

## CARRIER MEASURE OVER TIME

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

MEASURE

| JUN 29 2018 | JUL 27 | AUG 31 | SEP 28 | OCT 26 | NOV 30 |
|---|---|---|---|---|---|
| 3.19 | 2.92 | 3.04 | 2.96 | 3.14 | 3.09 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

12/20 Letter from GP Transco: "Regarding our unsafe driving corrective actions plan and accident countermeasures, we have implemented new tests pertaining to accident countermeasures and driving distractions, to name a couple. These tests are used upon hire for training as well as for retraining when necessary. We also implemented a inspections, new hires and re-hires. This is a comprehensive point scale system used to access a driver's safety habits based on MVR, experience and PSP record. Another measure we are taking is implementing an internal policy for unsafe driving violations. The moving violations will be determined based on random videos from our dashcams and speeding reports from our navigation system. To ensure this even more, we have a designated safety manager that tracks solely speeding alerts, harsh events and reviews dashcam videos on a daily basis and applies corrective action accordingly."

1/10 Gina Babiash:

2/17/19 Gina Babiash:

SCHNEIDER 000036



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

**BASIC: Unsafe Driving**

More Info

**On-Road Performance**

Measure: 3.11 ?

Safety Event Group: 58-149 driver inspections with Unsafe Driving Violations

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

MEASURE
4
3
2
1
0
-1
3.04
2.96
3.14
3.09
3.26
3.11
AUG 31 2018
SEP 28
OCT 26
NOV 30
DEC 28
JAN 25 2019

3/13/19 Gina Babiash:

**BASIC: Unsafe Driving**

More Info

**On-Road Performance**

Measure: 3.15 ?

Safety Event Group: 58-149 driver inspections with Unsafe Driving Violations

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

MEASURE
4
3
2
1
0
-1
2.96
3.14
3.09
3.26
3.11
3.15
SEP 28 2018
OCT 26
NOV 30
DEC 28
JAN 25 2019
FEB 22

4/15 Gina Babiash:

SCHNEIDER 000037



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

BASIC: Unsafe Driving

More Info

**On-Road Performance**

Measure: 3.05 ?

Safety Event Group: 58-149 driver inspections with Unsafe Driving Violations

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| | OCT 26 2018 | NOV 30 | DEC 28 | JAN 25 2019 | FEB 22 | MAR 29 |
|---|---|---|---|---|---|---|
| MEASURE | 3.14 | 3.09 | 3.26 | 3.11 | 3.15 | 3.05 |

Copy

5/17/19 Gina Babiash- emailed Julius for action plan/root cause. Response attached.

RE_ Cintas- Unsafe Driving Root Cause_

SCHNEIDER 000038

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

**BASIC: Unsafe Driving**

More Info

**On-Road Performance**

Measure: 3.15 ?

Safety Event Group: 58-149 driver Inspections with Unsafe Driving Violations

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| | NOV 30 2018 | DEC 28 | JAN 25 2019 | FEB 22 | MAR 29 | APR 26 |
|---|---|---|---|---|---|---|
| MEASURE | 3.09 | 3.26 | 3.11 | 3.15 | 3.05 | 3.15 |

CARRIER MEASURE OVER TIME INSPECTION RESULTS

\+ VIOLATION SUMMARY

Unsafe Driving Violations: 155

6/24/2019 Gina Babiash: Reached out to carrier for root cause & updated action plan (response below).

**BASIC: Unsafe Driving**

More Info

**On-Road Performance**

Measure: 3.47 ?

Safety Event Group: 58-149 driver inspections with Unsafe Driving Violations

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| | DEC 28 2018 | JAN 25 2019 | FEB 22 | MAR 29 | APR 26 | MAY 31 |
|---|---|---|---|---|---|---|
| MEASURE | 3.26 | 3.11 | 3.15 | 3.05 | 3.15 | 3.47 |

CARRIER MEASURE OVER TIME INSPECTION RESULTS

\+ VIOLATION SUMMARY

Unsafe Driving Violations: 160



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

7/22/19 Gina Babiash: Uptick in unsafe driving and 2 new violations. Will work with carrier for updated action plan & monitor closely.

BASIC: Unsafe Driving

More Info

On-Road Performance

Measure: 3.51 ?

Safety Event Group: 150+ driver inspections with Unsafe Driving Violations

Investigation Results

No Acute/Critical Violations Discovered

CARRIER MEASURE OVER TIME

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

MEASURE
8
6
4
2
0
-2
3.11
3.15
3.05
3.15
3.47
3.51
JAN 25
2019
FEB 22
MAR 29
APR 26
MAY 31
JUN 28

CARRIER MEASURE OVER TIME | INSPECTION RESULTS

+ VIOLATION SUMMARY — Unsafe Driving Violations: 162

+ INSPECTION HISTORY — Driver Inspections with Unsafe Driving Violations: 151

+ INVESTIGATION RESULTS — Unsafe Driving Acute/Critical Violations: 0

9/3/19 Gina Babiash: Uptick in unsafe driving and 3 new violations. Will work with carrier for updated action plan & monitor closely.



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

BASIC: Unsafe Driving

More Info

## On-Road Performance

Measure: 3.66 ?

Safety Event Group: 150+ driver inspections with Unsafe Driving Violations

## Investigation Results

No Acute/Critical Violations Discovered

### CARRIER MEASURE OVER TIME

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| Date | Measure |
|---|---|
| FEB 22 2019 | 3.15 |
| MAR 29 | 3.05 |
| APR 26 | 3.15 |
| MAY 31 | 3.47 |
| JUN 28 | 3.51 |
| JUL 26 | 3.66 |

CARRIER MEASURE OVER TIME INSPECTION RESULTS

+ VIOLATION SUMMARY — Unsafe Driving Violations: 165

+ INSPECTION HISTORY — Driver Inspections with Unsafe Driving Violations: 154

+ INVESTIGATION RESULTS — Unsafe Driving Acute/Critical Violations: 0

SCHNEIDER 000041



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

10/10/19- Gina Babiash:
Trending Down. No new violations. Will continue to monitor.

**BASIC: Unsafe Driving**

More Info

**On-Road Performance**

Measure: 3.60 ?

Safety Event Group: 150+ driver inspections with Unsafe Driving Violations

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

MEASURE
8
6
4
2
0
-2
3.15
3.47
3.51
3.66
3.70
3.60
APR 26
2019
MAY 31
JUN 28
JUL 26
AUG 30
SEP 27

CARRIER MEASURE OVER TIME | INSPECTION RESULTS

+ VIOLATION SUMMARY — Unsafe Driving Violations: 165

+ INSPECTION HISTORY — Driver Inspections with Unsafe Driving Violations: 155

+ INVESTIGATION RESULTS — Unsafe Driving Acute/Critical Violations: 0

12/10/19 Gina Babiash:



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

BASIC: Unsafe Driving
More Info
On-Road Performance
Measure: 3.42 ?
Safety Event Group: 150+ driver inspections with Unsafe Driving Violations
Investigation Results
No Acute/Critical Violations Discovered
CARRIER MEASURE OVER TIME
This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.
MEASURE
8
6
4
2
0
-2
3.51
3.66
3.70
3.60
3.41
3.42
JUN 28
2019
JUL 26
AUG 30
SEP 27
OCT 25
NOV 29
CARRIER MEASURE OVER TIME
INSPECTION RESULTS
+ VIOLATION SUMMARY
Unsafe Driving Violations: 160
– INSPECTION HISTORY
Driver Inspections with Unsafe Driving Violations: 152

1/8/2020 Gina Leonhard: Uptick in unsafe driving. Reached out to carrier for root cause and updated action plan.

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

BASIC: Unsafe Driving

More Info

**On-Road Performance**

Measure: 3.46 ?

Safety Event Group: 150+ driver inspections with Unsafe Driving Violations

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| Date | JUL 26 2019 | AUG 30 | SEP 27 | OCT 25 | NOV 29 | DEC 27 |
|---|---|---|---|---|---|---|
| Measure | 3.66 | 3.70 | 3.60 | 3.41 | 3.42 | 3.46 |

CARRIER MEASURE OVER TIME    INSPECTION RESULTS

+ VIOLATION SUMMARY    Unsafe Driving Violations: 163

2/10/2020 Gina Leonhard: Down-trending. No new violations. Will continue to monitor.

BASIC: Unsafe Driving

More Info

**On-Road Performance**

Measure: 3.30 ?

Safety Event Group: 58-149 driver inspections with Unsafe Driving Violations

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| Date | AUG 30 2019 | SEP 27 | OCT 25 | NOV 29 | DEC 27 | JAN 31 2020 |
|---|---|---|---|---|---|---|
| Measure | 3.70 | 3.60 | 3.41 | 3.42 | 3.46 | 3.30 |

CARRIER MEASURE OVER TIME    INSPECTION RESULTS

+ VIOLATION SUMMARY    Unsafe Driving Violations: 157



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

BASIC: Hours-of-Service Compliance
More Info
On-Road Performance
Measure: 0.40 ?
Safety Event Group: 501+ relevant driver inspections
Investigation Results
No Acute/Critical Violations Discovered
CARRIER MEASURE OVER TIME
This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.
MEASURE
1
0.75
0.5
0.25
0
-0.25
0.68
0.63
0.59
0.50
0.47
0.40
Copy
FEB 23
MAR 30
APR 27
MAY 25
JUN 29
JUL 27
2018

9/13 Gina Babiash

BASIC: Hours-of-Service Compliance

More Info

**On-Road Performance**

Measure: 0.47 ?

Safety Event Group: 501+ relevant driver inspections

**Investigation Results**

No Acute/Critical Violations Discovered

CARRIER MEASURE OVER TIME
This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.
MEASURE
1
0.75
0.5
0.25
0
-0.25
0.63
0.59
0.50
0.47
0.40
0.47
Copy
MAR 30
APR 27
MAY 25
JUN 29
JUL 27
AUG 31
2018

10/11 Gina Babiash



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

BASIC: Hours-of-Service Compliance
More Info
On-Road Performance
Measure: 0.42 ?
Safety Event Group: 501+ relevant driver inspections
Investigation Results
No Acute/Critical Violations Discovered
CARRIER MEASURE OVER TIME
This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.
MEASURE
1
0.75
0.5
0.25
0
-0.25
0.59
0.50
0.47
0.40
0.47
0.42
APR 27
MAY 25
JUN 29
JUL 27
AUG 31
SEP 28
2018

11/9 Gina Babiash

BASIC: Unsafe Driving
More Info
On-Road Performance
Measure: 3.14 ?
Safety Event Group: 58-149 driver inspections with Unsafe Driving Violations
Investigation Results
No Acute/Critical Violations Discovered
CARRIER MEASURE OVER TIME
This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.
MEASURE
4
3
2
1
0
-1
3.19
3.19
2.92
3.04
2.96
3.14
MAY 25
JUN 29
JUL 27
AUG 31
SEP 28
OCT 26
2018

12/19 Gina Babiash

SCHNEIDER 000046



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

CARRIER MEASURE OVER TIME
This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.
MEASURE
1
0.75
0.5
0.25
0
-0.25
0.47
0.40
0.47
0.42
0.41
0.40
JUN 29
2018
JUL 27
AUG 31
SEP 28
OCT 26
NOV 30

1/10 Gina Babiash:

BASIC: Hours-of-Service Compliance
More Info
On-Road Performance
Measure: 0.41 ?
Safety Event Group: 501+ relevant driver inspections
Investigation Results
No Acute/Critical Violations Discovered

CARRIER MEASURE OVER TIME
This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.
MEASURE
1
0.75
0.5
0.25
0
-0.25
0.40
0.47
0.42
0.41
0.40
0.41
JUL 27
2018
AUG 31
SEP 28
OCT 26
NOV 30
DEC 28

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

2/17/19 Gina Babiash:

**BASIC: Hours-of-Service Compliance**

More Info

**On-Road Performance**

Measure: 0.40 ?

Safety Event Group: 501+ relevant driver inspections

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| | AUG 31 2018 | SEP 28 | OCT 26 | NOV 30 | DEC 28 | JAN 25 2019 |
|---|---|---|---|---|---|---|
| MEASURE | 0.47 | 0.42 | 0.41 | 0.40 | 0.41 | 0.40 |

3/13/19 Gina Babiash:

**BASIC: Hours-of-Service Compliance**

More Info

**On-Road Performance**

Measure: 0.34 ?

Safety Event Group: 501+ relevant driver inspections

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| | SEP 28 2018 | OCT 26 | NOV 30 | DEC 28 | JAN 25 2019 | FEB 22 |
|---|---|---|---|---|---|---|
| MEASURE | 0.42 | 0.41 | 0.40 | 0.41 | 0.40 | 0.34 |

CARRIER MEASURE OVER TIME    INSPECTION RESULTS

4/15 Gina Babiash-



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

BASIC: Hours-of-Service Compliance
More Info
On-Road Performance
Measure: 0.34 ?
Safety Event Group: 501+ relevant driver inspections
Investigation Results
No Acute/Critical Violations Discovered
CARRIER MEASURE OVER TIME
This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.
MEASURE
1
0.75
0.5
0.25
0
-0.25
0.41
0.40
0.41
0.40
0.34
0.34
OCT 26
2018
NOV 30
DEC 28
JAN 25
2019
FEB 22
MAR 29

5/17/19- Gina Babiash- no new HOS violations. Will continue to monitor.

SCHNEIDER 000049

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

**BASIC: Hours-of-Service Compliance**

More Info

**On-Road Performance**

Measure: 0.34 ?

Safety Event Group: 501+ relevant driver inspections

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

1
0.75
0.5
0.25
0
-0.25
MEASURE
0.40
0.41
0.40
0.34
0.34
0.34
NOV 30
2018
DEC 28
JAN 25
2019
FEB 22
MAR 29
APR 26

CARRIER MEASURE OVER TIME | INSPECTION RESULTS

+ VIOLATION SUMMARY

HOS Compliance Violations: 79

SCHNEIDER 000050

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

6/24/2019 Gina Babiash: Reached out to carrier for root cause & updated action plan.

**BASIC: Hours-of-Service Compliance**

More Info

**On-Road Performance**

Measure: 0.36 ?

Safety Event Group: 501+ relevant driver inspections

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| MEASURE | DEC 28 2018 | JAN 25 2019 | FEB 22 | MAR 29 | APR 26 | MAY 31 |
|---|---|---|---|---|---|---|
| | 0.41 | 0.40 | 0.34 | 0.34 | 0.34 | 0.36 |

CARRIER MEASURE OVER TIME    INSPECTION RESULTS

+ VIOLATION SUMMARY    HOS Compliance Violations: 84

6/24 Carrier response:

RE_ Cintas- Unsafe Driving Root Cause_

7/22/19 Gina Babiash: Trending down. No new violations. Will continue to monitor.

SCHNEIDER 000051

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

**BASIC: Hours-of-Service Compliance**

More Info

## On-Road Performance

Measure: 0.34 ?

Safety Event Group: 501+ relevant driver inspections

## Investigation Results

No Acute/Critical Violations Discovered

### CARRIER MEASURE OVER TIME

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| Date | Measure |
|---|---|
| JAN 25 2019 | 0.40 |
| FEB 22 | 0.34 |
| MAR 29 | 0.34 |
| APR 26 | 0.34 |
| MAY 31 | 0.36 |
| JUN 28 | 0.34 |

CARRIER MEASURE OVER TIME INSPECTION RESULTS

+ VIOLATION SUMMARY — HOS Compliance Violations: 80

+ INSPECTION HISTORY — Driver Inspections: 904

+ INVESTIGATION RESULTS — HOS Compliance Acute/Critical Violations: 0

9/3/19 Gina Babiash: Trending down and no new violations. Will continue to monitor.

SCHNEIDER 000052



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

**BASIC: Hours-of-Service Compliance**

More Info

## On-Road Performance

Measure: 0.33 ?

Safety Event Group: 501+ relevant driver inspections

## Investigation Results

No Acute/Critical Violations Discovered

### CARRIER MEASURE OVER TIME

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| MEASURE | FEB 22 2019 | MAR 29 | APR 26 | MAY 31 | JUN 28 | JUL 26 |
|---|---|---|---|---|---|---|
| | 0.34 | 0.34 | 0.34 | 0.36 | 0.34 | 0.33 |

CARRIER MEASURE OVER TIME    INSPECTION RESULTS

+ VIOLATION SUMMARY — HOS Compliance Violations: 78

+ INSPECTION HISTORY — Driver Inspections: 926

+ INVESTIGATION RESULTS — HOS Compliance Acute/Critical Violations: 0

10/10/19 Gina Babiash:
Up tick. Reached out to carrier for action plan.

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

**BASIC: Hours-of-Service Compliance**

More Info

**On-Road Performance**

Measure: 0.32 ?

Safety Event Group: 501+ relevant driver inspections

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| Date | APR 26 2019 | MAY 31 | JUN 28 | JUL 26 | AUG 30 | SEP 27 |
|---|---|---|---|---|---|---|
| Measure | 0.34 | 0.36 | 0.34 | 0.33 | 0.31 | 0.32 |

MEASURE axis: 1, 0.75, 0.5, 0.25, 0, -0.25

CARRIER MEASURE OVER TIME | INSPECTION RESULTS

+ VIOLATION SUMMARY — HOS Compliance Violations: 88
+ INSPECTION HISTORY — Driver Inspections: 934
+ INVESTIGATION RESULTS — HOS Compliance Acute/Critical Violations: 0

11/11/19 Gina Babiash:

Unsafe driving is trending downward. Will continue to monitor.

SCHNEIDER 000054

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

**BASIC: Unsafe Driving**

More Info

**On-Road Performance**

Measure: 3.41 ?

Safety Event Group: 150+ driver inspections with Unsafe Driving Violations

**Investigation Results**

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Exoand for more Information.

MEASURE
8
6
4
2
0
-2
3.47
3.51
3.66
3.70
3.60
3.41
MAY 31
2019
JUN 28
JUL 26
AUG 30
SEP 27
OCT 25

CARRIER MEASURE OVER TIME | INSPECTION RESULTS

+ VIOLATION SUMMARY — Unsafe Driving Violations: 164

+ INSPECTION HISTORY — Driver Inspections with Unsafe Driving Violations: 155

+ INVESTIGATION RESULTS — Unsafe Driving Acute/Critical Violations: 0

11/11/19 Gina Babiash:
Uptick in HOS compliance. Asked carrier for updated root cause & action plan.
11/15 action plan provided below

SCHNEIDER 000055

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

**BASIC: Hours-of-Service Compliance**

More Info

## On-Road Performance

Measure: 0.33 ?

Safety Event Group: 501+ relevant driver inspections

## Investigation Results

No Acute/Critical Violations Discovered

### CARRIER MEASURE OVER TIME

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

MEASURE
1
0.75
0.5
0.25
0
-0.25
0.36
0.34
0.33
0.31
0.32
0.33
MAY 31
2019
JUN 28
JUL 26
AUG 30
SEP 27
OCT 25

CARRIER MEASURE OVER TIME    INSPECTION RESULTS

+ VIOLATION SUMMARY — HOS Compliance Violations: 90

+ INSPECTION HISTORY — Driver Inspections: 929

+ INVESTIGATION RESULTS — HOS Compliance Acute/Critical Violations: 0

FW_ Hours of Service Compliance.ı

12/10/19 Gina Babiash:
Trending down. No new violations.

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

**BASIC: Hours-of-Service Compliance**

More Info

### On-Road Performance

Measure: 0.31 ?

Safety Event Group: 501+ relevant driver inspections

### Investigation Results

No Acute/Critical Violations Discovered

**CARRIER MEASURE OVER TIME**

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

MEASURE
1
0.75
0.5
0.25
0
-0.25
0.34
0.33
0.31
0.32
0.33
0.31
JUN 28
2019
JUL 26
AUG 30
SEP 27
OCT 25
NOV 29

CARRIER MEASURE OVER TIME | INSPECTION RESULTS

+ VIOLATION SUMMARY — HOS Compliance Violations: 88

+ INSPECTION HISTORY — Driver Inspections: 931

+ INVESTIGATION RESULTS — HOS Compliance Acute/Critical Violations: 0

1/8/2020- Gina Leonhard: Uptick in unsafe driving violations. Reached out to carrier for updated action plan.

SCHNEIDER 000057

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

BASIC: Hours-of-Service Compliance
More Info
On-Road Performance
Measure: 0.36 ?
Safety Event Group: 501+ relevant driver inspections
Investigation Results
No Acute/Critical Violations Discovered
CARRIER MEASURE OVER TIME
This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.
MEASURE
1
0.75
0.5
0.25
0
-0.25
0.33
0.31
0.32
0.33
0.31
0.36
JUL 26
AUG 30
SEP 27
OCT 25
NOV 29
DEC 27
2019
CARRIER MEASURE OVER TIME
INSPECTION RESULTS
+ VIOLATION SUMMARY
HOS Compliance Violations: 94

2/10/2020 Gina Leonhard: Down-trending. No new violations. Will continue to monitor.

SCHNEIDER 000058

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

3/9/2020 Gina Leonhard: Uptick in unsafe driving. Will request root cause/action plan from carrier:

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

**BASIC: Unsafe Driving**

More Info

## On-Road Performance

Measure: 3.51 ?

Safety Event Group: 58-149 driver inspections with Unsafe Driving Violations

## Investigation Results

No Acute/Critical Violations Discovered

### CARRIER MEASURE OVER TIME

This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.

| Date | Measure |
| --- | --- |
| SEP 27 2019 | 3.60 |
| OCT 25 | 3.41 |
| NOV 29 | 3.42 |
| DEC 27 | 3.46 |
| JAN 31 2020 | 3.30 |
| FEB 28 | 3.51 |

CARRIER MEASURE OVER TIME INSPECTION RESULTS

+ VIOLATION SUMMARY — Unsafe Driving Violations: 160
+ INSPECTION HISTORY — Driver Inspections with Unsafe Driving Violations: 149
+ INVESTIGATION RESULTS — Unsafe Driving Acute/Critical Violations: 0

3/9/2020 Gina Leonhard: HOS violations downtrending. Will continue to monitor.

SCHNEIDER 000060

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
| --- | --- | --- |
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

BASIC: Hours-of-Service Compliance
More Info
On-Road Performance
Measure: 0.31 ?
Safety Event Group: 501+ relevant driver inspections
Investigation Results
No Acute/Critical Violations Discovered
CARRIER MEASURE OVER TIME
This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.
MEASURE
1
0.75
0.5
0.25
0
-0.25
0.32
0.33
0.31
0.36
0.33
0.31
SEP 27
2019
OCT 25
NOV 29
DEC 27
JAN 31
2020
FEB 28
CARRIER MEASURE OVER TIME
INSPECTION RESULTS
+ VIOLATION SUMMARY
HOS Compliance Violations: 87

4/7/2020 Gina Leonhard: Unsafe driving trending down. Will continue to monitor.

SCHNEIDER 000061

| DOCUMENT TITLE: Service Provider Corrective Action Request Form | REVISION: 2 | |
|---|---|---|
| APPROVED BY: Qualifications, Logistics | DATE ISSUED: 03/10/2016 | Supersedes: 05/07/2012 |



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

BASIC: Unsafe Driving
More Info
On-Road Performance
Measure: 3.17 ?
Safety Event Group: 58-149 driver inspections with Unsafe Driving Violations
Investigation Results
No Acute/Critical Violations Discovered
CARRIER MEASURE OVER TIME
This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.
MEASURE
8
6
4
2
0
-2
3.41
3.42
3.46
3.30
3.51
3.17
OCT 25
2019
NOV 29
DEC 27
JAN 31
2020
FEB 28
MAR 27
CARRIER MEASURE OVER TIME
INSPECTION RESULTS
+ VIOLATION SUMMARY
Unsafe Driving Violations: 156

4/7/2020 Gina Leonhard: No new HOS violations. Will continue to monitor.



Schneider National, Inc. Quality System Form

# Service Provider Corrective Action Request

BASIC: Hours-of-Service Compliance
More Info
On-Road Performance
Measure: 0.31 ?
Safety Event Group: 501+ relevant driver inspections
Investigation Results
No Acute/Critical Violations Discovered
CARRIER MEASURE OVER TIME
This graph displays a carrier's measure based on 24 months of on-road performance. Zero indicates the best performance. To see how the measure is calculated click here. To see how the measure relates to percentile click here. Expand for more information.
MEASURE
1
0.75
0.5
0.25
0
-0.25
0.33
0.31
0.36
0.33
0.31
0.31
OCT 25
2019
NOV 29
DEC 27
JAN 31
2020
FEB 28
MAR 27
CARRIER MEASURE OVER TIME
INSPECTION RESULTS
+ VIOLATION SUMMARY
HOS Compliance Violations: 84

| **EXPECTED ACTION COMPLETION DATE:** | 3/1/2020 |
|---|---|

**Service Provider:** Fill in section 3 and 4 within two weeks upon SCAR issuance and email the form to the SCAR owner from Schneider.
**SCAR Owner:** Review the content in section 3-4 filled by the service provider to ensure the quality of the analysis and action plan; if approved, email the form to the QualPDF@Schneider.com and the SCAR originator. When the plan has been completed to your satisfaction, fill out section 5.

**Section 5: This section to be completed by the SCAR Owner**

**VERIFY THE ACTIONS HAVE BEEN COMPLETED AND ARE EFFECTIVE**

List evidence that Action Plan has been completed and is effective

(Please date as this section is filled /updated each time)

| **SCAR Owner:** | Bridgette Gerl | **Date Actions Completed:** | |
|---|---|---|---|

When Section 5 is completed, email the form with all supporting evidence enclosed to the QualPDF@Schneider.com and the SCAR originator.

**Section 6: This section to be completed by the leader authorized to close the issue**

**AUTHORIZE CLOSURE**

| **Authorizer:** | | **Date Closed:** | |
|---|---|---|---|

When Section 6 is completed, email the form to the QualPDF@Schneider.com .

SCHNEIDER 000063