# Megan Early

**From:** Marija Jamontas <maria@gptransco.com>
**Sent:** Tuesday, May 21, 2019 12:15 PM
**To:** Babiash, Gina
**Cc:** Julius Gaigalas
**Subject:** RE: Cintas- Unsafe Driving Root Cause/Action Plan - GPAB
**Attachments:** Unsafe Driving - Root Cause and Action Plan.pdf

Hello Gina,
As requested, please see the attached letter addressing the causes and actions taken regarding the unsafe driving violations.
Please do not hesitate to contact me if you have any questions or would like further clarification about this matter.

Thank you and have a great day!

Sincerely,



Marija Jamontas
**Vice President of HR & Safety**
Phone: 708-996-0205 or ext. 110
Cell:  708-691-4767
Web:  www.gptransco.com
Email: maria@gptransco.com

---

**From:** Babiash, Gina <BabiashG@schneider.com>
**Sent:** Friday, May 17, 2019 2:15 PM
**To:** Julius Gaigalas <julius@gptransco.com>
**Cc:** Marija Jamontas <maria@gptransco.com>
**Subject:** RE: Cintas- Unsafe Driving Root Cause/Action Plan - GPAB

Thank you both

**From:** Julius Gaigalas <julius@gptransco.com>
**Sent:** Friday, May 17, 2019 1:58 PM
**To:** Babiash, Gina <BabiashG@schneider.com>
**Cc:** Marija Jamontas <maria@gptransco.com>
**Subject:** RE: Cintas- Unsafe Driving Root Cause/Action Plan - GPAB

Good Afternoon,
We can definitely provide it to you guys! I'm including Maria, Vice President of Safety/HR, and we will reply to you with the requested information before the deadline.

Thank you,





PLAINTIFF'S EXHIBIT 8

Julius Gaigalas | Sr. Account Manager

1

SCHNEIDER 32- A



```
Direct:  708-248-8602
Phone:   800-460-5071 x218
Fax:     800-609-2071
Web:     www.gptransco.com
Email:   Julius@gptransco.com
```

**From:** Babiash, Gina <BabiashG@schneider.com>
**Sent:** Friday, May 17, 2019 1:52 PM
**To:** Julius Gaigalas <julius@gptransco.com>
**Subject:** Cintas- Unsafe Driving Root Cause/Action Plan - GPAB

Hi Julius,

Can you or someone on your team help with the following information for me?

As you may know, "Safety First and Always" is Schneider's first and most important core value. We have an obligation to our community, our customers, and the public to ensure that we are making appropriate safety-based, risk management decisions. Based on public information from FMCSA, we show an uptick in unsafe driving violations (link below). Could you please update me on the causes of this and what action plans your team has in place to improve these items by Wednesday, May 22nd?

https://ai.fmcsa.dot.gov/SMS/Carrier/1527352/BASIC/UnsafeDriving.aspx

Thanks,
Gina Babiash
Buyer- Schneider Logistics
1555 Glory Road, Green Bay, WI 54304
(920)-592-5114
www.schneider.com



SCHNEIDER 32 - B



# Unsafe Driving: Root Cause/Action Plan Assessment


800.460.5071


GPtransco.com
info@gptransco.com


7955 Cass Avenue #114
Darien, IL 60561

SCHNEIDER 32 - C



GP Transco
7955 South Cass Ave,
Darien, IL 60561

DOT: 1527352
MC: 583633
FEIN: 20-5147766

May 20th, 2019

To Whom It May Concern:

First and foremost, I would like to assure you that GP Transco is fully committed to safety being our utmost priority. As a company, we always strive to promote a heightened level of safety awareness and instilling responsible driving behaviors in our employees.

Our team works diligently to address and minimize the occurrence of violations and incidents through training in proper safety practices and procedures. Not only is our Safety team involved in relaying the importance of safety to our drivers, but the Operations and Afterhours teams have been extensively trained to understand the rules and regulations, as well as proper planning techniques for safe operations.

To address your concerns, in our analysis of the recent increase of unsafe driving violations, we have not been able to determine a specific root cause(s) in correlation to the violations. Although we maintain a very high standard when hiring our drivers, we will continue to collect data regarding violations, such as driving experience, history of violations, and other factors that may help indicate any trends, which we'll then use to adjust our qualification requirements accordingly.

To list a few of the action items that we have implemented to reduce the likelihood of further occurrence of unsafe driving violations are as follows:

> **Roadside Inspection Violation Review** - Anytime a driver receives a violation on a roadside inspection, especially unsafe driving, this review form is to be used to assess how and why the violation occurred, and to learn how future roadside violations, through training, coaching, or other means, might be avoided. This process is done to increase driver understanding regarding the seriousness that roadside violations have upon the company and driver's own record.
>
> **Ongoing monthly online training** in various topics for all our drivers is used as a preventative measure. In addition, topic-specific trainings are assigned to the driver when roadside inspection violations are received.
>
> **Safety dash camera monitoring** is used in assessing factors such as improper lane usage, following too closely, use of hand-held devices, failing to use seat belts, and others. The footage is

SCHNEIDER 32 - D



randomly pulled periodically for all drivers, in addition to reviewing all triggered harsh events of sudden braking, acceleration, and cornering.

**Speeding alert monitoring** through our telematics provider, with real-time alerts of speeding over the posted limit. Based on the percentage of time spent over the speed limit, we can rank and monitor our drivers closely and apply even stricter speed governance to their trucks.

**Monetary Rewards and Penalties:** rewards are paid out for each driver who gets an inspection resulting in no violations; penalties are applied for inspections resulting in violations, amount depending on the severity of the violation.

**A weekly bonus system,** where drivers receive additional per-mile bonus if they meet certain criteria. Safety aspects, such as violations and incidents, are a major part of the bonus determination.

**Annual reviews** are conducted that include running a current MVR and reviewing the driver's performance for the most recent twelve months. Our driver risk evaluation utilizes a point system that allows us to see the driver's performance on a larger scale and apply disciplinary measures accordingly.

These are just a few of the specific countermeasures that we have implemented in relation to unsafe driving violations. Please do not hesitate to contact me if you would like any further clarification about any of the methods listed above, or if I could provide more information regarding this in general.

Sincerely,

Marija Jamontas
Vice President, Safety and Human Resources
Direct line: 708 996 0205
Mobile: 708 691 4767
Email: maria@gptransco.com

**Megan Early**

**From:** Marija Jamontas <maria@gptransco.com>
**Sent:** Monday, June 24, 2019 4:59 PM
**To:** Babiash, Gina
**Cc:** Julius Gaigalas
**Subject:** RE: Cintas- Unsafe Driving Root Cause/Action Plan - GPAB

Hello Gina,
In addition to the measures outlined earlier, we have added two new positions in our Safety department and hired the employees as of last week. With the recent uptick in the violations, we definitely saw the need of more hands on deck in addressing the issues, and we hope that this will help, though as with many preventative measures, the results may take a bit of time to manifest. We have also launched a new coaching feature through our ELD provider, which allows us to see each driver's safety scorecard real-time, which consists of several features such as the harsh events monitoring, percentage of time driven over the speed limit and other factors. We then have the ability to categorize the events and drivers to the 'Needs Coaching' category, which then allows us to track the training and progress of these drivers. Drivers with repeated offenses and lack of corrective action are usually terminated.

Please do not hesitate to contact me if you would like more information on this matter, and I'd be happy to help.



**Marija Jamontas**
**Vice President of HR & Safety**
Phone: 708-996-0205 or ext. 110
Cell: 708-691-4767
Web: www.gptransco.com
Email: maria@gptransco.com

**From:** Babiash, Gina <BabiashG@schneider.com>
**Sent:** Monday, June 24, 2019 1:08 PM
**To:** Marija Jamontas <maria@gptransco.com>
**Cc:** Julius Gaigalas <julius@gptransco.com>
**Subject:** RE: Cintas- Unsafe Driving Root Cause/Action Plan - GPAB

Hi Marija,

I hope you're doing well.
I see there has been an uptick in both unsafe driving & HOS violations.
Do you have additional actions taken to address?

Thanks,
Gina

**From:** Babiash, Gina
**Sent:** Tuesday, May 21, 2019 11:34 AM
**To:** Marija Jamontas <maria@gptransco.com>

Cc: Julius Gaigalas <julius@gptransco.com>
Subject: RE: Cintas- Unsafe Driving Root Cause/Action Plan - GPAB

Thank you for the update!

From: Marija Jamontas <maria@gptransco.com>
Sent: Tuesday, May 21, 2019 11:15 AM
To: Babiash, Gina <BabiashG@schneider.com>
Cc: Julius Gaigalas <julius@gptransco.com>
Subject: RE: Cintas- Unsafe Driving Root Cause/Action Plan - GPAB

Hello Gina,
As requested, please see the attached letter addressing the causes and actions taken regarding the unsafe driving violations.
Please do not hesitate to contact me if you have any questions or would like further clarification about this matter.

Thank you and have a great day!

Sincerely,



Marija Jamontas
Vice President of HR & Safety
Phone:  708-996-0205 or ext. 110
Cell:   708-691-4767
Web:    www.gptransco.com
Email:  maria@gptransco.com

From: Babiash, Gina <BabiashG@schneider.com>
Sent: Friday, May 17, 2019 2:15 PM
To: Julius Gaigalas <julius@gptransco.com>
Cc: Marija Jamontas <maria@gptransco.com>
Subject: RE: Cintas- Unsafe Driving Root Cause/Action Plan - GPAB

Thank you both

From: Julius Gaigalas <julius@gptransco.com>
Sent: Friday, May 17, 2019 1:58 PM
To: Babiash, Gina <BabiashG@schneider.com>
Cc: Marija Jamontas <maria@gptransco.com>
Subject: RE: Cintas- Unsafe Driving Root Cause/Action Plan - GPAB

Good Afternoon,
We can definitely provide it to you guys! I'm including Maria, Vice President of Safety/HR, and we will reply to you with the requested information before the deadline.

Thank you,





Julius Gaigalas | Sr. Account Manager
Direct: 708-248-8602
Phone: 800-460-5071 x218
Fax: 800-609-2071
Web: www.gptransco.com
Email: Julius@gptransco.com

**From:** Babiash, Gina <BabiashG@schneider.com>
**Sent:** Friday, May 17, 2019 1:52 PM
**To:** Julius Gaigalas <julius@gptransco.com>
**Subject:** Cintas- Unsafe Driving Root Cause/Action Plan - GPAB

Hi Julius,

Can you or someone on your team help with the following information for me?

As you may know, "Safety First and Always" is Schneider's first and most important core value. We have an obligation to our community, our customers, and the public to ensure that we are making appropriate safety-based, risk management decisions. Based on public information from FMCSA, we show an uptick in unsafe driving violations (link below). Could you please update me on the causes of this and what action plans your team has in place to improve these items by Wednesday, May 22nd?

https://ai.fmcsa.dot.gov/SMS/Carrier/1527352/BASIC/UnsafeDriving.aspx

Thanks,
Gina Babiash
Buyer- Schneider Logistics
1555 Glory Road, Green Bay, WI 54304
(920)-592-5114
www.schneider.com



3

SCHNEIDER 32 - H

**Megan Early**

| | |
|---|---|
| From: | Julius Gaigalas <julius@gptransco.com> |
| Sent: | Friday, November 15, 2019 1:22 PM |
| To: | Babiash, Gina |
| Subject: | FW: Hours of Service Compliance |
| Attachments: | Hours of Service - Root Cause and Action Plan.pdf |

Hello,
Please see attached





Julius Gaigalas | Sr. Account Manager
Phone: 708-248-8602 x218
Mobile: 630-696-7366
Web: www.gptransco.com
Email: Julius@gptransco.com



**From:** Marija Jamontas <maria@gptransco.com>
**Sent:** Friday, November 15, 2019 12:16 PM
**To:** Julius Gaigalas <julius@gptransco.com>
**Subject:** RE: Hours of Service Compliance

Here you are – let me know if anything else is needed!

**From:** Julius Gaigalas <julius@gptransco.com>
**Sent:** Friday, November 15, 2019 7:52 AM
**To:** Marija Jamontas <maria@gptransco.com>
**Subject:** FW: Hours of Service Compliance





Julius Gaigalas | Sr. Account Manager
Phone: 708-248-8602 x218
Mobile: 630-696-7366
Web: www.gptransco.com
Email: Julius@gptransco.com



**From:** Babiash, Gina <BabiashG@schneider.com>
**Sent:** Monday, November 11, 2019 4:01 PM

**To:** Julius Gaigalas <julius@gptransco.com>
**Subject:** Hours of Service Compliance

Hi Julius,

"Safety First and Always" is Schneider's first and most important core value. We have an obligation to our community, our customers, and the public to ensure that we are making appropriate safety-based, risk management decisions.

Based on public information from FMCSA, we show an uptick in hours of service compliance in the past month.

By end of day Thursday 11/14, can you please provide me a recap of root cause and what additional actions your organization is taking to address?

Thanks,
Gina Babiash
Buyer- Schneider Logistics
1555 Glory Road, Green Bay, WI 54304
(920)-592-5114
www.schneider.com



2



# Hours of Service: Root Cause/Action Plan Assessment

 800.460.5071

 GPtransco.com
info@gptransco.com

 7955 Cass Avenue #114
Darien, IL 60561

SCHNEIDER 32 - K



GP Transco
7955 South Cass Ave,
Darien, IL 60561

DOT: 1527352
MC: 583633
FEIN: 20-5147766

November 15th, 2019

To Whom It May Concern:

First and foremost, I would like to assure you that GP Transco is fully committed to safety being our utmost priority. As a company, we always strive to promote a heightened level of safety awareness and instilling responsible driving behaviors in our employees.

Our team works diligently to address and minimize the occurrence of violations and incidents through training in proper safety practices and procedures. Not only is our Safety team involved in relaying the importance of safety to our drivers, but the Operations and Afterhours teams have been extensively trained to understand the rules and regulations, as well as proper planning techniques for safe operations.

To address your concerns, in our analysis of the recent increase of hours of service violations, we have not been able to determine a specific root cause(s) in correlation to the violations. Although we maintain a very high standard when hiring our drivers, we will continue to collect data regarding violations, such as driving experience, history of violations, and other factors that may help indicate any trends, which we'll then use to adjust our qualification requirements accordingly.

To list a few of the action items that we have implemented to reduce the likelihood of further occurrence of hours of service violations are as follows:

    **Hiring Requirements**: As of October, 2019, we have changed our hiring requirements in regards to hours of service and unsafe driving violations on the PSP records of drivers. In order to prevent future violations, we are only looking for drivers with a clean record in these two categories.

    **Ongoing monthly online training** in various topics for all our drivers is used as a preventative measure. In addition, topic-specific trainings are assigned to the driver when roadside inspection violations are received.

    **Ongoing training for operations personnel:** We believe that safety starts with operations. We have implemented additional training for our operations department to ensure that hours of service regulations are understood and monitored for each driver not only by the safety department, but also each fleet manager and after-hours support team.

SCHNEIDER 32 - L



**Roadside Inspection Violation Review:** Anytime a driver receives a violation on a roadside inspection, this review form is to be used to assess how and why the violation occurred, and to learn how future roadside violations, through training, coaching, or other means, might be avoided. This process is done to increase driver understanding regarding the seriousness that roadside violations have upon the company and driver's own record.

**Software alerts** have been implemented by our developers to notify the fleet and safety managers whenever a driver is approaching the end of the shift or cycle limits. With these notifications, we are able to address potential violations before they happen.

**A weekly bonus system,** where drivers receive additional per-mile bonus if they meet certain criteria. Safety aspects, such as violations and incidents, are a major part of the bonus determination. Monetary rewards are also paid out for each driver who gets an inspection resulting in no violations.

**Annual reviews** are conducted that include running a current MVR and reviewing the driver's performance for the most recent twelve months. Our driver risk evaluation utilizes a point system that allows us to see the driver's performance on a larger scale and apply disciplinary measures accordingly.

These are just a few of the specific countermeasures that we have implemented in relation to unsafe driving violations. Please do not hesitate to contact me if you would like any further clarification about any of the methods listed above, or if I could provide more information regarding this in general.

Sincerely,

*[signature]*

Marija Jamontas
Vice President, Safety and Human Resources
Direct line: 708 996 0205
Mobile: 708 691 4767
Email: maria@gptransco.com

SCHNEIDER 32 - M



7955 South Cass Ave, Darien, IL 60561
DOT 1527352
MC 583633
FEIN 20-5147766
**July 30, 2018**
**Regarding Safety Management Plan for GP Transportation Co.**
**To Whom It May Concern:**

Please consider this letter a formal response to your questions regarding our current safety practices.

GP Transportation ensures to maintain a great rapport with numerous brokers, but we still believe in positive reinforcement. We praise our well qualified drivers and owner operators with monetary rewards for clean and miles without violations and incidents. We have retained our owner operators and drivers by constantly communicating with them to assure their needs have been met while safely operating under our authority. Our drivers are required to comply with the state and federal regulations as well as the company policies set forth to assure their safety and the safety of our nation's roads and people that share them. We do not believe in immediate termination and use it as a last resort for solutions. Instead we utilize a corrective action policy that includes retraining drivers on specific policies, verbal and written warnings, monetary fines and finally, suspension.

Regarding maintenance, we require all truck owners to submit maintenance receipts monthly. We assure compliance by issuing and requiring a preventative maintenance plan that mandates certain work be done to tractors at 3,000, 12,000, 24,000, 36,000 and 48,000-mile intervals. Drivers are required to be trained on inspections as per 49 CFR 396.25. Driver must show knowledge of the proper starting, shifting, and breaking procedures to extend the life of the equipment and must be vigilant in reporting his/her observations. They are tested as well on this knowledge during the orientation. Drivers must also be knowledgeable on how to spot cracked or broken belts, lose or broken brackets, or other worn parts. All drivers are to be completely familiarized with the vehicle including the engine compartment and driver controls.

Regarding our unsafe driving corrective actions plan and accident countermeasures, we have implemented new tests pertaining to accident countermeasures and driving distractions, to name a couple. These tests are used upon hire for training as well as for retraining when necessary. We also implemented a stricter policy regarding our driver risk evaluation. The evaluation is also used for annual reviews, accidents,



EXHIBIT 14

SCHNEIDER 32 - N

Stopping Distances
Winter Driving
These are just name a few. We also test the drivers on Lane changing and Driving Distractions. Not to mention Driver Road tests and pre-trip inspection tests. We keep our claims at minimum by assuring that operators are vigorously trained on how to behave in certain situations regarding cargo securement, and count.
We thank you for your consideration to insure our firm and we look forward to our safe future with you. For more information and questions, you may have concerning this information, please contact the below.


Sincerely,
Milla Bulatovich
Safety Director

SCHNEIDER 32 - P