

**U.S. Department of Transportation**
**Federal Motor Carrier Safety Administration**

# Inspection Selection System
## Carrier Snapshot

| | | | | |
|---|---|---|---|---|
| Carrier Name: | GP TRANSPORTATION CO | | USDOT #: | 1527352 |
| DBA Name: | GP TRANSCO | | MC/MX #: | 583633 |
| Address: | 7955 SOUTH CASS AVENUE SUITE 1 | | Phone #: | (800)460-5071 |
| City: | DARIEN | State: IL   Zip Code: 60561 | | |

## Inspection Value: 90 -- INSPECT
*Inspection Value is based on Safety data.*

### BASIC Details

| BASIC | BASICs Status | On-Road Performance | Investigation |
|---|---|---|---|
| Unsafe Driving | Alert | 97 | |
| Hours of Service (HOS) Compliance | Alert | 84 | |
| Driver Fitness | | < 5 Insp. w/ violations | |
| Controlled Substances/Alcohol | | No viol. within 1 yr | |
| Vehicle Maintenance | | 53 | |
| Hazardous Materials (HM) Compliance | | No HM Veh. Insp. | |
| Crash Indicator | | 42 | |
| Insurance/Other | | Not Applicable | |

SMS Date: 9/27/2019             Last Investigation Date:

### Carrier Statistics | Insurance Status

| | | | | | | |
|---|---|---|---|---|---|---|
| Vehicle Out-of-Service Rate: | 14.92% | Number of Power Units: | 396 | Liability Status: | OK | |
| Driver Out-of-Service Rate: | 3.01% | Number of Drivers: | 391 | Cargo Status: | OK | |
| Inspections per Power Unit: | 1.13 | Total Number of Inspections: | 1,133 | Bond/Trust Status: | OK | |
| Inspections per Driver: | 2.89 | Inspections Involving HM: | 5 | Amount Required: | $1,000,000 | |

Safety Fitness Rating:

### Violation Details

| | This Carrier | Warning Thresholds | | This Carrier | Warning Thresholds |
|---|---|---|---|---|---|
| Brakes: | 0.256 | 0.443 | Drugs or Alcohol: | 0.000 | 0.006 |
| Wheels or Tires: | 0.118 | 0.216 | Traffic Laws: | 0.204 | 0.094 |
| Steering or Frame: | 0.027 | 0.107 | HM Shipping Papers: | 0.000 | 0.154 |
| Medical Certificates: | 0.000 | 0.098 | HM Placarding: | 0.200 | 0.136 |
| Driver's Log Book: | 0.035 | 0.249 | HM Operations: | 0.000 | 0.061 |
| Driver's Hours: | 0.072 | 0.036 | HM Cargo Tanks: | 0.000 | 0.024 |
| Driver's Qualifications: | 0.003 | 0.005 | HM Other: | 0.200 | 0.083 |

Printed from Query Central          10/20/2019 2:32 PM

**PLAINTIFF'S EXHIBIT 9**