# Speeding

- DO NOT drive over speed limit !!!
- Will be ticketed by law enforcement officer.
- GP Monitors Driver's overall time over the speed limit and seat belts not buckled through the GPS system in the truck. GP will take corrective action for frequent offenders.

**GP TRANSCO**

---

GP TRANSPORTATION CO. - GP TRANSCO

## Driver Safety Report -

Total Distance Driven: 2241 mi

Total Time Driven: 38h 23m

Time Over Speed Limit: 8h 13m (21% of Time Driven)

**SAFETY SCORE:** 79

GP000187

PLAINTIFF'S EXHIBIT 10